IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) CR: 4:20-cr-00088-RSB-CLR |
| TONI DE LANOY | ) |
| | ) |
| | ) |

**O R D E R**

The Court hereby **GRANTS** E. Bart Daniel, counsel appearing for Defendant Toni De Lanoy, his Motion for Leave of Absence [docket entry number 58], which protects him from hearings or any other Court appearances during the dates of August 1, 2022 through August 8, 2022.

**SO ORDERED,** this 31st day of May, 2022.

By: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA