IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-88 |
| TONI DE LANOY, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on the Defendant's Motion to Amend Judgment wherein Defendant seeks to have the Judgment, (doc. 66), entered on August 22, 2022, amended with regard to the restitution amount Ordered by this Court at sentencing on August 16, 2022. (Doc. 72.) Upon careful review of the entire record, the Court **DENIES** Defendant's motion.

As the Judgment correctly reflects, restitution was Ordered in the amount of $6,450,474.88 to the Centers for Medicare and Medicaid Services, (doc. 68, p. 27, ln. 8-10), with Defendant to pay $2,326,620.39 for the total amount of restitution jointly and severally with conspirator Scott M. Hirsch, (doc. 68, p. 28, ln. 35).  Therefore, there is no good cause to disturb the Court's Order and Judgment in this case.

**SO ORDERED**, this 28th day of December, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA